**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Juana L. Ramirez and Martin M. Salazar, | **Civil File No. 08-cv-4249 PAM/JJG** |
| Plaintiffs, | |
| v. | **ORDER** |
| Como Law Firm, P.A., Steven T. Rosso, Paul Weig and MCC Group, | |
| Defendants. | |

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits without prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                          **BY THE COURT**

Dated:  October 28, 2010           s/Paul A. Magnuson
                                                       The Honorable Paul A. Magnuson
                                                       Judge of United States District Court